

FILED _____ LODGED
RECEIVED _____ COPY

5   JAN 3 1 2014   5

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# CIV 14 - 1269 TUC CKJ

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

MICHAEL HAYES,                    )    NO.

     Plaintiff,                    )    COMPLAINT FOR WRONGFUL SPY,
                              )    DEFAMATION, BAD CREDIT,
                              )    DAMAGES

v.                                )

UNITED STATES OF AMERICA; )

STATE OF OREGON;                  )

NATIONAL CREDIT SYSTEMS,)

INC.; LONGWELL COMPANY;  )

PACIFIC NORTHWEST                 )

COLLECTIONS; JUDGE BRIAN )

GAIN; JANE DOE GAIN, his )

wife, & marital community;)

JUDGE JAY WHITE; JANE DOE)

WHITE, his wife, &               )

marital  community,              )

1

**MICHAEL S. HAYES**
Mh231834@gmail.com
3665 N 1st AVE, # 5
Tucson, AZ 85719
(520) 647-9673

Defendants.                )

COMES NOW plaintiff for cause of action against defendants alleges as follows:

1.    Central Intelligence Agency spyed on me a US citizen without reason, including Mrs. Marion Kruger, John Doe Anable, & possibly other agents of CIA continuing.  Mr. Anable moved from New York City to spy on me & Francis Kennedy my grandfather at 1204 Maple, Albany, OR wrongfully thought were related to murdered President Kennedy.  Mrs. Kruger admitted she passed same CIA exam as all others, during rafting trip down Wenatchee River Mrs. Kruger & I in same raft two others claimed to be medical doctors one raft kept shouting "no guts no glory" on drive home Mrs. Kruger said it seems doctors shouts aimed at our raft what if they're not medical doctors.  Viol. my 1st, 4th, 5th & 14th amendment rights US Constitution, EO 12333; 50 USC Ch 15 Sec. 401a Sec. 403-3d, Sec. 403(d & e) Sec. 403-5a, Sec. 109(a), Sec. 404f&g, 50 USC 401 et seq.

2.    Judge Brian Gain defamed me as queer a lie, on behalf of his marital community.

3.    Judge Jay White defamed me as queer a lie, on behalf of his marital community.

4.    I saw father in a green dress it turned my stomach went to mother who said forget what saw; from then parents became my bitter enemies, including puting me on his local TV show.

2

**MICHAEL S. HAYES**
Mh231834@gmail.com
3665 N 1st AVE, # 5
Tucson, AZ 85719
(520) 647-9673

5.   My credit report should be corrected, by Oregon, National Credit Systems, Inc., Longwell Company, Pacific Northwest Collections, contracts breached by others, stalked by queers, did no damege, had hernia operations 5/23/12, car tire flattened twice by tenant, homeless to 2/13/13 on foot to present.

6.   This Court has jurisdictiion per 28 USC Sec. 1332.

I pray for damages in the sum of not less than one trillion US dollars.

DATEED this 3/ day of January/~~February~~, 2014.

Michael Hayes, Plaintiff

3665 N 1st AVE, # 5

Tucson, AZ 85719

520-647-9673

mh231834@gmail.com

3

MICHAEL S. HAYES
Mh231834@gmail.com
3665 N 1st AVE, # 5
Tucson, AZ 85719
(520) 647-9673